# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-3257

———————————————

JOVANTE JACKSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

June 16, 2026

PER CURIAM.

The Court denies the petition on the merits.

KELSEY, NORDBY, and NEFF, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Jovante Jackson, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.